# ANTHONY L. RICCO

*Attorney At Law*
20 VESEY STREET, SUITE 400
NEW YORK, NEW YORK 10007

TEL. (212) 791-3919  FAX. (212) 791-3940
tonyricco@aol.com

February 16, 2026

By E.C.F.
The Honorable Rachel P. Kovner
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    *United States v. Lori Zeno,* Docket No.: 25-CR-182 (RPK)

Dear Judge Kovner:

      This letter motion is submitted to request an adjournment of sentencing in the above-referenced matter, which is presently scheduled for April 20, 2026 at 2:00 p.m. On February 12, 2026, counsel scheduled the pre-sentence interview with U.S. Probation Officer Maxine Marquez. While there were no available dates for the pre-sentence interview during the month of February, we were able to schedule the pre-sentence interview for March 11, 2026, which is only 40 days prior to the sentencing date. Moreover, counsel requires additional time to obtain extensive medical records pertaining to the defendant, Lori Zeno.

      In light of the foregoing, counsel requests that sentencing in the above-referenced matter be adjourned until a date in late June to afford counsel adequate additional time to obtain all of the necessary records, and to draft and file a sentencing submission on behalf of the defendant, Lori Zeno.

      The government has been informed of counsel's intention to file this application and has no objection.

      Thank you for your Honor's consideration of this application. If there are any questions, or if additional information is required, please contact me at your Honor's convenience.

                                                  Respectfully,

                                                  *Anthony L. Ricco*
                                                  Anthony L. Ricco

cc: AUSA Russell Noble     (By E.C.F.)
cc: AUSA Sean M. Sherman  (By E.C.F.)
cc: USPO Maxine Marquez  (By Email)