

U.S. Department of Justice

United States Attorney
Eastern District of New York

RWN
F. #2025R00028

271 Cadman Plaza East
Brooklyn, New York 11201

March 5, 2026

By ECF

The Honorable Rachel P. Kovner
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    United States v. Lori Zeno
               Criminal Docket No. 25-182 (RPK)

Dear Judge Kovner:

      On February 3, 2026, the defendant Lori Zeno pleaded guilty in the above-captioned matter before the Honorable Vera M. Scanlon, Chief United States Magistrate Judge. By this letter, the government respectfully requests that the Court accept the defendant's guilty plea.

      The government encloses: (1) a transcript of the February 3, 2026 plea hearing, during which Chief Judge Scanlon recommended that this Court accept the defendant's guilty plea (see Ex. A at 47:17–48:3); and (2) a proposed Order (see Ex. B).

      Respectfully submitted,

      JOSEPH NOCELLA, JR.
      United States Attorney

By:    /s/ Russell Noble
      Russell Noble
      Sean M. Sherman
      Assistant U.S. Attorneys
      (718) 254-6178

Enclosures

cc:    Clerk of the Court (RPK) (by ECF)
        Counsel for the Defendant (by ECF)